

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00359-CR

| | | |
|---|---|---|
| Ex parte Dedrick Houston | § | From the 213th District Court |
| | § | of Tarrant County (C-213-010777-1343879-AP) |
| | § | |
| | | October 27, 2016 |
| | § | |
| | | Opinion by Justice Walker |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
     Justice Sue Walker